THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT J. BERNER, Appellant.

Argued June 6, 1952; decided July 15, 1952.

*James A. Hughes* for appellant.

*Jack E. Gellman, District Attorney* (*William H. Earl* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.